ORIGINAL

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2011 MAR 30 AM 11: 19

DEPUTY CLERK _____

48090

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **GLOBAL VIDEO LLC** <br> **PLAINTIFF,** <br><br> v. <br><br> **BLUE BUY YOU, INC.** <br> **AND SCOTT LUMLEY** <br><br> **DEFENDANTS.** | ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 3-11-CV-644-M** <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

Plaintiff, for its Complaint against Defendant, states as follows:

### *PARTIES*

1. Plaintiff, is a Texas LLC which conducts business in Texas and is headquartered at 2317 Hunters Ridge Drive in Irving, Texas 75063.

2. Defendant, Blue Buy You Inc. is a Tennessee conducting business in Tennessee and its registered agent is located at 913 Myatt Drive Madison, Tennessee 37115.

3. Defendant Scott Lumley, is an alleged individual who can be located at 913 Myatt Drive Madison, Tennessee 37115.

### *JURISDICTION AND VENUE*

3. Jurisdiction is proper pursuant to 28 U.S.C.A. § 1332, based on diversity of citizenship of the parties.

4. Plaintiff and Defendant are citizens of different states. Plaintiff is a citizen of the State of Texas, and Defendants are citizens of the state of Tennessee.

5. The amount in controversy exceeds $100,000, exclusive of interest and costs.

6. Venue is proper pursuant to 28 U.S.C.A. § 1391, as Defendant resides in the forum district and regularly does business here.

## *FACTUAL BACKGROUND*

8. On March 26, 2010 Plaintiff bought electronics from Defendants. A true and accurate copy of the purchase order is attached hereto and incorporated herein as exhibit A.

9. In order to have the shipment sent from Defendant to Plaintiff, a payment of $20,000.00 dollars had to be effectuated. Plaintiff sent a total of $20,000.00 dollars in two bank wires.

10. Plaintiff complied by sending the payment however the shipment which Defendant sent to Plaintiff was non compliant due to the fact that the materials contained in the container were not what had been ordered. A true and accurate copy of the items ordered is attached hereto and incorporated herein as exhibit B

11. A subsequent order totaling $84,776.00 was ordered and Plaintiff sent two bank wires through Wells Fargo. A true and accurate copy of the Invoices numbers 300174 and 300175 is attached hereto and incorporated herein as exhibit C and D respectively

12. One final payment of $15,000.00 dollars was made to finalize the transaction. The items for listed for exhibit C and D were never delivered.

13. Defendants never delivered any merchandise which had been agreed to by Plaintiff and Defendant.

14. After numerous and repeated communications, Defendants reassured Plaintiff the merchandise would be forthcoming. Defendants were never able to provide a firm date for the delivery of the merchandise which had already been paid.

15. As such, the Plaintiff has paid Defendants $119,776.00 and has not received any merchandise for the second shipment and only received non compliant products for the first shipment.

## COUNT I

## BREACH OF CONTRACT

16. Plaintiff incorporates and restates herein the allegations contained in paragraphs 1 through 15.

17. Defendant entered into a contract with Plaintiff, as is evidenced by the Purchase Order and the wire transfers which Plaintiff sent as payment and were received by Defendants.

18. Defendant breached the express terms of the contract by among other things, failing to provide a Product that met the requirements and specifications set forth in the Purchase Order.

19. Plaintiff gave Defendant the opportunity to cure its breach on numerous occasions, which Defendant refused or failed to do within a reasonable amount of time.

20. As a direct, proximate and foreseeable result of this breach of the contract by Defendant, the Plaintiff has incurred damages in excess of one hundred and nineteen thousand and seven hundred and seventy six Dollars ($119,776.00), exclusive of costs and interest, in the form of, among other things, lost production time, increased production costs, loss of sales, and loss of profits.

WHEREFORE, Plaintiff prays as follows:

A. That Judgment be entered against Defendant on Counts I of this Complaint and damages be awarded in excess of One hundred Thousand Dollars ($100,000), exclusive of costs and interest, as determined by a jury after trial;

B. That Plaintiff be awarded its reasonable attorneys' fees, plus costs of this action; and

D. All other relief the Court deems just and necessary.

## JURY DEMAND

Plaintiff hereby demands a trial by jury for all issues in this matter.

Respectfully submitted,

*/s/ Ramiro Garcia Barron*
_____
**RAMIRO GARCIA BARRON**
State Bar No: 00793779
PO Box 7003
Dallas, Texas 75209
Phone: (214) 631-0295
Fax:    (214) 631-1719

**ATTORNEY FOR PLAINTIFF**
**GLOBAL VIDEO LLC**

GLOBAL VIDEO LLC

2317 HUNTERSRIDGE DR.
IRVING, TX. 75063

# Purchase Order

| Date | P.O. No. |
|---|---|
| 3/22/2010 | 1153 |

| Vendor | Ship To |
|---|---|
| CENTRAL TX LIQUIDATOR<br>JAMES MARSHAL<br>DALLAS, TX 75220 | VAZELI GROUP<br>ATN ELECCTRO INTERNACIONAL<br>12013 GENERAL MILTON DR<br>LAREDO, TX 78045 |

| Terms | Due Date | Account # | Ship Via | FOB |
|---|---|---|---|---|
| Prepay | 3/25/2010 | | Trucking | |

| Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| LOT03222010 | GRADE A BRAND NEW HD TELEVISIONS, BLUE RAY PLAYERS & OTHER ELECTRONICS<br><br>LOT INCLUDES VARIOS BRAND NAMES OF TV AND ELECTRONICS (SEE ATTACHED LIST)<br><br>THESE ARE GRADE A BRAND NEW WITH MANUFACTURE WARRANTY AND INCLUDES ALL ACCESSORIES INSIDE BOX. | 1 | 61,570.00 | 61,570.00 |

**Total** $61,570.00

| Phone # |
|---|
| 469-853-3602 |

**EXHIBIT**

**From:** James Marshall (centraltxliquidators@yahoo.com)
**To:**
**Date:** Thu, March 18, 2010 9:38:27 PM
**Cc:**
**Subject:** Lcd load

This is a GRADE A BRAND NEW with manufacture warranty's still apply in original box's with all accessories. If there is a DOA it will have to go to original manufacture. I will buy you a steak dinner at Mortens if you have 1 doa, I have bought two loads of these units and they are PERFECT. Basically they are BRAND NEW UNITS with a retaped box. I have attached a few photos of the units I got in yesterday.

This will not last long.

| Item | Short Description | MFG | Quantity |
|---|---|---|---|
| L42A403 | TV HI 42 INCH 1080p LCD | Hitachi | 1 |
| HD70G886 | TV JV HD70G886 70 IN HD-ILA RE | JVC | 1 |
| 42SL90 | TV LG 42 INCH HD LCD TV FULL 1080P | LG Electronics | 1 |
| 47LH50 | TV LE 47 INCH LCD TV | LG Electronics | 1 |
| 50PS60 | TV LE 50PS60 PLASMA HDTV WITH THX | LG Electronics | 1 |
| 55LH40 | TV LE 55 INCH LCD 1080p TV | LG Electronics | 8 |
| 55LH50 | TV LE 55 INCH LCD 1080p 120Hz HD TV | LG Electronics | 1 |
| 55LH55 | TV LE 55 INCH 1080p 240Hz LCD HDTV | LG Electronics | 1 |
| 60PS11 | TV LE FIGHTER 60 INCH 1080P PDP | LG Electronics | 5 |
| 60PS60 | TV LE 60 INCH 1080p Plasma TV | LG Electronics | 2 |
| WD-62527 | Tv Mt Wd-62527 62 Inch Lcd Hdt | Mitsubishi | 1 |
| WD-65837 | TV MT 837 SERIES 1080P DLP | Mitsubishi | 1 |
| WD-73837 | TV MT 837 SERIES 1080P DLP | Mitsubishi | 1 |
| TC-P42S1 | TV PA S1 Series 1080P Plasma HD TV | Panasonic | 1 |
| TC-P50G15 | TV PA G15 Series 1080P Plasma HD TV | Panasonic | 1 |
| TC-P50X1 | TV PA X1 Series 720P Plasma | Panasonic | 1 |
| TC-P54G10 | TV PA G10 Series 1080P Plasma HD TV | Panasonic | 1 |
| TC-P54S1 | TV PA 54 IN S1 Series 1080P Plasma HD TV | Panasonic | 1 |
| TC-P65S1 | TV PA 65 INCH 1080p PLASMA HD TV | Panasonic | 3 |
| BDP-05FD | DD PO BDP-05FD ELITE BLU-RAY D | Pioneer | 1 |
| BDP-05FD | DD PO BDP-05FD ELITE BLU-RAY D | Pioneer | 1 |
| BDP-05FD | DD PO BDP-05FD ELITE BLU-RAY D | Pioneer | 8 |
| BDP-09FD | DD PO BDP-09FD ELITE FLAGSHIP | Pioneer | 1 |
| BDP-120 | DV PO BDP-120 BLU RAY DISC PLAYER | Pioneer | 6 |
| BDP-23FD | DV PO Elite BD Blu-Ray Disc Player | Pioneer | 4 |
| BDP-320 | DV PO BD Profile Blu-Ray Disc Player | Pioneer | 2 |
| BDP-51FD | DD PO BDP-51FD BLU-RAYDISK PLA | Pioneer | 2 |
| DV-220V-K | DV PO DV-220V-K UPCON VERTING DVD PLAYER | Pioneer | 1 |
| PD-D6-J | AX PO PD-D6-J ELITE SACD PLAYE | Pioneer | 1 |
| VSX-21TXH | HT PO ELITE RECEIVER | Pioneer | 1 |
| VSX-23TXH | HT PO ELITE RECEIVER | Pioneer | 4 |
| BD-P1600 | DV SA BD-P1600 BLU-RAY PLAYER | Samsung | 1 |
| HT-WS1R | HT SA RED TOUCH OF COLOR SOUNDBAR | Samsung | 1 |


EXHIBIT B pg 1 of 2

| Model | Description | Brand | Qty |
|---|---|---|---|
| LN19A330 | TV SA LN19A330 19 INCH LCD HD | Samsung | 1 |
| LN32B460 | TV SA LN32B460 32 inch LCD TV | Samsung | 1 |
| LN40A750 | TV SA LN40A750 40 INCH LCD HD | Samsung | 1 |
| LN40B650 | TV SA LN40B650 40 inch 1080p | Samsung | 1 |
| LN46B550 | TV SA LN46B550 46 inch 1080p LCD TV | Samsung | 2 |
| LN46B650 | TV SA LN46B650 46 inch 1080p | Samsung | 3 |
| LN46B750 | TV SA LN46B750 46 inch 1080p | Samsung | 3 |
| LN52A750 | TV SA LN52A750 52 INCH LCD HD | Samsung | 2 |
| LN52B550 | TV SA LN52B550 52 inch 1080p LCD TV | Samsung | 2 |
| LN52B630 | TV SA 52 inch 1080p 120 hz LCD TV | Samsung | 5 |
| LN52B630 | TV SA 52 inch 1080p 120 hz LCD TV | Samsung | 1 |
| LN55B650 | TV SA LN55B650 55 inch 1080p | Samsung | 1 |
| LN55B650 | TV SA LN55B650 55 inch 1080p | Samsung | 2 |
| PN50A760 | TV SA PN50A760 50 INCH 1080P P | Samsung | 2 |
| PN50B550 | TV SA PN50B550 50 inch 1080p plasma | Samsung | 8 |
| PN58A760 | TV SA PN58A760 58 INCH 1080 PL | Samsung | 2 |
| PN58B550 | TV SA PN58B550 58 inch 1080p plasma | Samsung | 4 |
| PN58B650 | TV SA PN58B650 58 inch 1080p plasma | Samsung | 4 |
| PN58B860 | TV SA 58 INCH 1080p PASMA/Ultra Slim | Samsung | 2 |
| PN63B550 | TV SA PN63B550 63 inch 1080p plasma | Samsung | 4 |
| UN40B6000 | TV SA UN40B6000 40 inch 1080p | Samsung | 2 |
| UN55B6000 | TV SA ULTRA SLIM 55 INCH LED HD TV | Samsung | 5 |
| UN55B7000 | TV SA UN55B7000 55 inch 1080p | Samsung | 3 |
| UN55B8000 | TV SA 55 INCH LED 1080p 240hz TV | Samsung | 1 |
| KDL52XBR9 | TV SY 52 inch 1080p LCD TV | Sony | 1 |
|  |  |  | 1 |
| 19AV600U | TV TS 19 inch 720P HD LCD TV GAMING | Toshiba-CE |  |

Total units 131

$470.00 across the board

EXHIBIT B pg 2 of 2

# Bluebuyyou

# Invoice

913 Myatt Industrial Drive
Madison, TN 37115

| Date | Invoice # |
|---|---|
| 11/16/2010 | 300174 |

1-866-696-8901

| Bill To | Ship To |
|---|---|
| Global Video<br>Guillermo Cardenas<br>14440 MaQuila Loop<br>Loredo, TX 78045 | Global Video<br>Guillermo Cardenas<br>14440 MaQuila Loop<br>Loredo, TX 78045 |

| *ALL SALES ARE FINAL*<br>* ALL PRODUCTS ARE AS IS *<br>- Invoices are void after 3 days - | P.O. Number | Terms |
|---|---|---|
| | | Wire Transfer Today |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1 | TV lot | Current 2010 TV Models, Original Boxes<br>Qty 19 - Panasonic 42" TC-P42C2<br>Qty 10 - Panasonic 50" TC-P50C2<br>Qty 3 - Samsung 50" PN50C430A1D<br>Qty 96 - Samsung 32" LN32C350D1D<br>Qty 35 - Samsung 40" LN40C530F1F  540<br>Qty 33 - Samsung 46" LN46C530F1F  700<br>Qty 25 - Samsung LED TV UN32C400PD  530 | 85,500.00 | 85,500.00 |
| 1 | Shipping | Freight - Free of charge | 0.00 | 0.00 |

Please wire transfer funds to the following account:
ABA Routing # 062001186
Compass Bank
15 South 20th Street
Birmingham, AL 35233
Account # 97263647
Beneficiary: Sumner Bank & Trust
780 Browns Lane
Gallatin, TN 37066
Further Credit to:
Blue Buy You, Inc.
Account # 1007533

**Total** $85,500.00

EXHIBIT
C

# Bluebuyyou

# Invoice

913 Myatt Industrial Drive
Madison, TN 37115

| Date | Invoice # |
|---|---|
| 11/24/2010 | 300175 |

1-866-696-8901

| Bill To | Ship To |
|---|---|
| Global Video<br>Guillermo Cardenas<br>14440 MaQuila Loop<br>Loredo, TX 78045 | Global Video<br>Guillermo Cardenas<br>14440 MaQuila Loop<br>Loredo, TX 78045 |

| *ALL SALES ARE FINAL*<br>* ALL PRODUCTS ARE AS IS *<br>- Invoices are void after 3 days - | P.O. Number | Terms |
|---|---|---|
| | | Wire Transfer Today |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 100 | HT420W | Samsung Home Theater System | 190.00 | 19,000.00 |

Please wire transfer funds to the following account:
ABA Routing # 062001186
Compass Bank
15 South 20th Street
Birmingham, AL 35233
Account # 97263647
Beneficiary: Sumner Bank & Trust
780 Browns Lane
Gallatin, TN 37066
Further Credit to:
Blue Buy You, Inc.
Account # 1007533

| Total | $19,000.00 |
|---|---|

**EXHIBIT**

D

**ORIGINAL**

JS 44 (TXND Rev. 2/10)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
GLOBAL VIDEO, LLC.

**DEFENDANTS**
BLUE BUY YOU, INC. AND SCOTT LUMLEY

(b) County of Residence of First Listed Plaintiff: DALLAS
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: DAVIDSON COUNTY TENNESSEE
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
tel: (214) 631.0295
RAMIRO GARCIA BARRON
P.O. BOX 7003 DALLAS TX 75209

Attorneys (If Known): unknown

RECEIVED MAR 30 2011
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**TORTS - PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS - PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USCA §1391.
Brief description of cause: Plaintiff paid for merchandise which never was rec'd.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 119,776 + Atty fees
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED:
(See instructions)
JUDGE _____ DOCKET NUMBER _____

DATE: 3/30/2011
SIGNATURE OF ATTORNEY OF RECORD: Ramiro Garcia Bun

**FOR OFFICE USE ONLY**
RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____